Opinion issued January 19, 2023



In The

# Court of Appeals

For The

# First District of Texas

——————————

### NO. 01-20-00732-CV

——————————

## UMUOJI IMPROVEMENT UNION (NORTH AMERICA), INC., A NEBRASKA CORPORATION, Appellant

### V.

## UMUOJI IMPROVEMENT UNION ( NORTH AMERICA), INC., A MASSACHUSETTS CORPORATION, Appellee

---

### On Appeal from the 268th District Court
### Fort Bend County, Texas
### Trial Court Case No. 19-DCV-258782

---

### MEMORANDUM OPINION

On July 25, 2022, the parties filed a joint motion to remand to the trial court for implementation of a settlement agreement. The appeal had already been scheduled for submission on the briefs and was submitted on August 2, 2022. In the

joint motion, the parties asked this Court to set aside the trial court's judgment without regard to the merits and remand the appeal to the trial court for implementation of the parties' settlement agreement.

We grant the motion. We order the trial court's judgment signed on May 3, 2022 set aside without regard to the merits and we remand the case to the trial court for implementation of the parties' settlement agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B). Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Goodman, and Guerra.